IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIRACLE TEMPLE CHRISTIAN ACADEMY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| | : | |
| CHURCH MUTUAL INSURANCE COMPANY, | : | NO. 12-00995 |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER

**AND NOW**, this *16th* day of *April*, 2012, upon consideration of Defendant's Motion to Dismiss (Docket No. 3) Counts II and III of Plaintiff's Complaint, and Plaintiff's Response in Opposition (Docket No. 4), it is hereby **ORDERED** that Defendant's Motion (Docket No. 3) is **GRANTED**.

BY THE COURT:

 S/ RONALD L. BUCKWALTER 

RONALD L. BUCKWALTER, S.J.