# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIRACLE TEMPLE CHRISTIAN ACADEMY | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| CHURCH MUTUAL INSURANCE COMPANY | : | NO. 12-0995 |
| Defendant. | : | |

## ORDER

**AND NOW**, this *5th* day of *March*, 2013, upon consideration of Defendant Church Mutual Insurance Company's Motion for Summary Judgment of the Complaint (Docket No. 24), the Response of Plaintiff Miracle Temple Christian Academy (Docket No. 25), and Church Mutual's Reply Brief (Docket No. 26), is hereby **ORDERED** that the Motion is **DENIED.**

A **STATUS CONFERENCE** is scheduled for Tuesday, March 19, 2013 at 4:00 p.m. in chambers.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.